# AFFIDAVIT OF SERVICE

| | | Court/Return Date: | |
|---|---|---|---|
| STATE OF:  NEW YORK | | Filed: | 2/15/2011 |
| US DISTRICT COURT: DISTRICT OF MASSACHUSETTS | | Index/File No. | **1:11-CV-10248-DPW** |

| JONATHAN MONSARRAT, | PLAINTIFF(s) |
|---|---|
| against | |
| HANNAH ROSENBAUM, | DEFENDANT(s) |

Westchester county, New York State: Donald Feldman, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides in the state of New York.

On March 22, 2011,  at  8:45 P. M., at     120 GALE PLACE, APT. #11-C
BRONX, NY 10463

deponent served the within          SUMMONS IN A CIVIL ACTION & COMPLAINT
                                     WITH DOCKET NUMBER AND DATE FILED
*this was clearly written/printed on the face of said legal notice.*

on **HANNAH ROSENBAUM**          defendant: **XXX**   (hereinafter called the recipient)

| INDIVIDUAL XXX | by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein. |
|---|---|

DESCRIPTION
XXX          SEX: **FEMALE**,  COLOR/SKIN: **WHITE** ,  HAIR: **BROWN**,  AGE(approx): **26** ,  HEIGHT(approx): **5' 6",**
             WEIGHT(approx): **180** lbs.,    OTHER: **EYEGLASSES**

MILITARY
XXX          Upon information and belief, I aver that recipient is not in active military service of the United States or the State of New York
             in any capacity as defined by both the State and Federal statutes

Sworn to before me on

_14_ day of  March 2011

_____
MICHAEL M LIPPMAN
Notary Public
State of New York
Westchester #02L14519723
Term Expires 5/31/14

_____
Donald Feldman - NYC-DCA #0862956

## LEGAL SUPPORT SERVICES, INC.

Licensed Process Service
500 Kappock Street, Riverdale, NY 10463
(718) 543-2598
Nationwide Service