IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT,   Plaintiff,   vs.   HANNAH ROSENBAUM,   Defendant. | )<br>)<br>)  Civil Action No. 11-10248<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF LAWRENCE JOEL APPLEMAN

IN SUPPORT OF PLAINTIFF'S REQUEST FOR NOTICE OF DEFAULT

AGAINST DEFENDANT HANNAH ROSENBAUM

I, LAWRENCE JOEL APPLEMAN, declare:

1. I am an attorney licensed to practice before the Courts of the Commonwealth of Massachusetts (BBO # 558580) and this United States District Court. I am the attorney for Plaintiff in the above-captioned matter. I have personal knowledge of the following facts.

2. On February 15, 2011, Plaintiff filed the Complaint in the case against Defendant.

3. On February 16, 2011, Plaintiff sent by United States Postal Service Express Mail (Tracking # EO 090330209 US) a request for waiver of process under Rule 4(d)(1) of the Federal Rules of Civil Procedure, in writing addressed to the Defendant, naming the court where the Complaint was filed, informing the Defendant of the consequences of waiving and not waiving service, stating the date when the request was sent, giving Defendant 30 days to return the waiver, and accompanied by a copy of the Complaint, two copies of a waiver form, and a prepaid envelope for return by United States Postal Service Express Mail (Tracking # EO 989330209 US).

4. More than 30 days have elapsed since the date on which the request for waiver of process was sent.

5. Defendant has failed to respond in any way to the request for waiver of process.

6. Attached hereto is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on March 22, 2011, by personal service.

7. More than 21 days have elapsed since the date on which service of the Summons and Complaint was effective.

8. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorney of record.

9. Neither Plaintiff nor the Court has granted Defendant any extension of time to respond to the Complaint.

10. I am informed and believe that Defendant is not an infant nor an incompetent person.

11. I have performed a thorough search for Defendant's name among military locator records publicly available on the Internet. That search revealed no evidence that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 10, 2011, at Cambridge, Massachusetts.

_____
LAWRENCE JOEL APPLEMAN