# AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF: NEW YORK | Court/Return Date: |
| US DISTRICT COURT: DISTRICT OF MASSACHUSETTS | Filed: 2/15/2011 |
| | Index/File No. **1:11-CV-10248-DPW** |

JONATHAN MONSARRAT,                                           PLAINTIFF(s)

against

HANNAH ROSENBAUM,                                             DEFENDANT(s)

Westchester county, New York State: Donald Feldman, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides in the state of New York.

On March 22, 2011, at 8:45 P. M., at    120 GALE PLACE, APT. #11-C
                                         BRONX, NY 10463

deponent served the within    SUMMONS IN A CIVIL ACTION & COMPLAINT
                               WITH DOCKET NUMBER AND DATE FILED
this was clearly written/printed on the face of said legal notice.

on **HANNAH ROSENBAUM**    defendant: XXX   (hereinafter called the recipient)

**INDIVIDUAL**    by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the
XXX              person described as said recipient therein.

**DESCRIPTION**    SEX: **FEMALE**, COLOR/SKIN: **WHITE**, HAIR: **BROWN**, AGE(approx): **26**, HEIGHT(approx): **5' 6"**,
XXX               WEIGHT(approx): **180** lbs., OTHER: **EYEGLASSES**

**MILITARY**    Upon information and belief, I aver that recipient is not in active military service of the United States or the State of New York
XXX            in any capacity as defined by both the State and Federal statutes

Sworn to before me on

_24_ day of March 2011

_____
MICHAEL M LIPPMAN
Notary Public
State of New York
Westchester #02L14519723
Term Expires 5/31/14

_____
Donald Feldman - NYC-DCA #0862956

---

**LEGAL SUPPORT SERVICES, INC.**

Licensed Process Service
500 Kappock Street, Riverdale, NY 10463
(718) 543-2598
Nationwide Service