```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


JONATHAN MONSARRAT,              )
     Plaintiff,                  )    CIVIL ACTION NO.
                                 )    11-10248-DPW
       v.                        )
                                 )
HANNAH ROSENBAUM,                )
     Defendant,                  )
```

## NOTICE OF DEFAULT

WOODLOCK, D.J.

Upon application of the Plaintiff for an Order of Default for failure of the defendant to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant, **HANNAH ROSENBAUM,** has been defaulted this date.

                              BY THE COURT,

                              /s/ Jarrett Lovett
                                 Deputy Clerk

Dated: June 14, 2011