IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JONATHAN MONSARRAT, | ) ) ) | Civil Action No. 11-10248 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| HANNAH ROSENBAUM, | ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT,**

**PERMANENT INJUNCTION, AND COSTS AND ATTORNEYS' FEES**

Plaintiff Jonathan Monsarrat hereby moves this Court for entry of Judgment by Default, issuance of a permanent injunction, and costs and attorneys' fees in the above-entitled action against Defendant Hannah Rosenbaum.

In support of this Motion, Plaintiff submits:

1.  That a Default was entered against Defendant on June 14, 2011;

2.  That Defendant has still failed to reply or otherwise defend the claims set forth in Plaintiff's Complaint;

3.  That Defendant is not an infant or incompetent;

4.  That Defendant is not in the military service; and

5.  That Plaintiff is entitled to damages and other civil remedies as set forth below.

In further support of this Motion, please see:

1.  Memorandum of Law in Support of Plaintiff's Motion for Default Judgment, Permanent Injunction, and Costs and Attorneys' Fees.

2.   Affidavit of Attorney Lawrence J. Appleman.

3.   Affidavit of Plaintiff Jonathan Monsarrat.

4.   Proposed Order of Default.

**WHEREFORE** Plaintiff respectfully requests that this Court enter Default Judgment in favor of Plaintiff and against Defendant.  Pursuant to all of the above, Plaintiff is entitled to a Default Judgment as follows:

1.   The issuance of a permanent injunction pursuant to 17 U.S.C. § 502(a) utilizing the following language or language of a similar nature:

"The Court hereby enjoins the Defendant, the Defendant's respective agents, servants, employees, and any person or entity controlled directly or indirectly by the Defendant or acting on the Defendant's behalf from further reproduction, distribution, dissemination through electronic means, and/or public display of copies and derivative works of Plaintiff's copyrighted works."

2.   Costs and attorneys' fees of $6,185.50 pursuant to 17 U.S.C. § 512(f);

3.   Post-Judgment interest running on the judgment pursuant to 26 U.S.C. § 1961; and

4.   Such other relief as the Court deems just and proper.

Respectfully submitted,
Plaintiff,
Jonathan Monsarrat
by his attorney,

/s/Lawrence Joel Appleman (BBO # 558580)
LawrenceJoelAppleman@gmail.com
11 Madison Avenue
Cambridge, Massachusetts 02140
(617) 294-9471

Dated:  January 16, 2012

**Certificate of Service**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on January 16, 2012.

/s/Lawrence Joel Appleman (BBO # 558580)