IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HANNAH ROSENBAUM,<br><br>　　　　Defendant. | Civil Action No. 11-10248 |

## AFFIDAVIT OF ATTORNEY LAWRENCE JOEL APPLEMAN

Now comes the Affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge.

1. I, Lawrence Joel Appleman, represent the Plaintiff in the above-entitled action.

2. I am a solo practitioner based on Cambridge, Massachusetts.

3. My fees are set as flat rates per deliverable, based on competitive rates for an attorney of my experience and qualifications.

4. I have been a member of the Massachusetts Bar since 1991.

5. I have personally worked on:

    a. submitting applications for registration of copyright;

    b. sending correspondence to service providers requesting removal of infringing materials;

    c. submitting notifications of claimed infringement in accordance with the Digital Millenium Copyright Act.

    d. reviewing evidence in the above entitled action;

    e. drafting the complaint in the above entitled action;

    f.   drafting the civil action cover sheet in the above entitled action;

    g.   drafting the summons in the above entitled action;

    h.   Drafting the Motion for entry of default judgment in the above entitled action;

    i.   drafting Affidavits in support of the Motion for entry of default judgment in the above entitled action;

    j.   drafting the Memorandum in support of the Motion for entry of default judgment in the above entitled action; and

    k.   drafting the proposed judgment in the above entitled action.

6. The Default of the Defendant has been entered for failure to appear.

7. The Plaintiff has incurred $6,185.50 in fees and costs for this action

8. On information and belief, the Defendant is not an infant or an incompetent and the Defendant is not in military service.

Subscribed and sworn to, under the pains and penalties of perjury, this 16th day of January, 2012

/s/Lawrence Joel Appleman (BBO # 558580)

Lawrence Joel Appleman


**Certificate of Service**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on January 16, 2012.

/s/Lawrence Joel Appleman (BBO # 558580)