IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, | Civil Action No. 11-10248 |
| Plaintiff, | |
| vs. | |
| HANNAH ROSENBAUM, | |
| Defendant. | |

## AFFIDAVIT OF PLAINTIFF JONATHAN MONSARRAT

Now comes the Affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge.

### FACTUAL ASSERTIONS

1. I, Jonathan Monsarrat, am the Plaintiff in the above-entitled action.

2. I am an artist, inventor, and entrepreneur residing in the Commonwealth of Massachusetts.

3. I am the author and exclusive copyright owner of the following original works, for each of which I have submitted an application for registration of copyright through my attorney, Lawrence J. Appleman. I retain all right, title, and interest in these works.

    a. Photographic work depicting illuminated highway sign saying "Hi ... Date me.".

    US Copyright Office Copyright # VAu001058249.

b. Photographic work depicting performer in beaver costume with MIT shirt. . US Copyright Office Copyright # VAu001058248.

c. Photographic work depicting dance with wax figures of celebrities. . US Copyright Office Copyright # VAu001058246.

d. Literary work starting "Hey! Let me put it this way..." and ending "...Ciao, bella!" . US Copyright Office Application # 20110215_115828.

e. Literary work starting "I'm laughing here because I know ..." and ending "...dealing well with rejection". US Copyright Office Application # 20110215_115839.

f. Literary work starting "Cross Into The Abyss"..." and ending "...for more information". US Copyright Office Application # 20110215_115850.

g. Literary work consisting of text sent from account "mitcarpediem". US Copyright Office Application # 20110215_115901.

h. Literary work starting "Violation of LiveJournal abuse policies..." and ending "Monday at 12pm". US Copyright Office Application # 20110215_115911.

4. I have personally viewed unauthorized copies of my work displayed on pages which stated they were posted by Hannah Rosenbaum under her pseudonym "willowfinn" on LiveJournal.com beginning March 19, 2008, on Photobucket.com beginning March 3, 2008, and on EncyclopediaDramatica.com beginning March 3, 2008, identifying me as author and creator of the works and specifying the years of creation of the works.

5. Through my attorney, Lawrence J. Appleman, I submitted a notification of claimed infringement in accordance with the Digital Millennium Copyright Act to LiveJournal.com's designated agent on December 16, 2010, resulting in takedown of the infringing copies subject to counter notification. I received a copy of a counter notification sent by Hannah Rosenbaum to LiveJournal.com in accordance with the Digital Millennium Copyright Act on February 22, 2013.

6. Through my attorney, Lawrence J. Appleman, I submitted a notification of claimed infringement in accordance with the Digital Millennium Copyright Act to PhotoBucket.com's designated agent on December 22, 2010, resulting in takedown of the infringing copies subject to counter notification.

7. Through my attorney, Lawrence J. Appleman, I submitted a notification of claimed infringement in accordance with the Digital Millennium Copyright Act to EncyclopediaDramatica.com's designated agent on January 19, 2011, resulting in takedown of the infringing copies subject to counter notification. I received a copy of a counter notification sent by Hannah Rosenbaum to EncyclopediaDramatica.com in accordance with the Digital Millennium Copyright Act on February 6, 2013.

8. Hannah Rosenbaum's posting of unauthorized copies of my works has caused me substantial damage in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of my rights, in the amount of more than $355,000.

9. In her counter-notifications, Hannah Rosenbaum wrote under penalty of perjury, "The complainant does not hold the copyright to any of the material in question, is not the designated

representative of the copyright holder, and therefore lacks standing to assert that my use of the material is a violation of any of the owner's rights" and "[m]ost of the material in question is not copyrighted, or the copyright has expired. It is therefore in the public domain and may be reproduced by anyone" despite her identifying me as author and creator of the works, and specifying the year of creation of the works, when she posted unauthorized copies of the works.

10. Because of Hannah Rosenbaum's counter-notification, to ensure that her unauthorized posts do not reappear, the only recourse of which I am aware under the Digital Millennium Copyright Act was to file this lawsuit. Consequently, as a direct result of Hannah Rosenbaum's counter-notification, I have incurred lawyer's fees and costs totaling $6,185.50

Subscribed and sworn to, under the pains and penalties of perjury, this 8th day of November, 2011

Jonathan Monsarrat

Suzanna Krmzian
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires Nov. 22, 2013

November 7, 2011

AFFIDAVIT OF PLAINTIFF
JONATHAN MONSARRAT                              -4-                              Civil Action No. 11-10248

**Certificate of Service**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on January 16, 2012.

/s/Lawrence Joel Appleman (BBO # 558580)