IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MONSARRAT, | Civil Action No. 11-10248-DPW |
| Plaintiff, | |
| vs. | |
| HANNAH ROSENBAUM, | |
| Defendant. | |

### ORDER OF DEFAULT JUDGMENT

Defendant Hannah Rosenbaum having failed to plead or otherwise defend in this action and its default having been entered,

Now the Court, having considered the Plaintiff's Motion for Default Judgment and the accompanying documentation filed with said motion, hereby ORDERS, ADJUDGES AND DECREES that plaintiff is entitled to default judgment as follows:

1. The Court hereby enjoins the Defendant, the Defendant's respective agents, servants, employees, and any person or entity controlled directly or indirectly by the Defendant or acting on the Defendant's behalf from further reproduction, distribution, dissemination through electronic means, and/or public display of copies and derivative works of Plaintiff's copyrighted works.

2. Plaintiff shall recover from defendant attorney's fees and costs of $6,185.50.

3. Plaintiff shall recover from defendant post-judgment interest as provided by law.

Dated: 2/1/2012

By the Court,

_Jarrett Lovett_
Deputy Clerk, Jarrett Lovett

ORDER OF DEFAULT JUDGMENT                                    Civil Action No. 11-10248